

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PATRICK D'ANTRE FLUKER                                     PLAINTIFF

v.                                          CIVIL ACTION NO. 1:13-cv-521-MTP

RONALD KING and HUBERT DAVIS                              DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on Defendants' Motion for Summary Judgment [45] and a decision having been duly rendered by separate Opinion and Order [65],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the ___13___ day of March, 2015.

_____
Michael T. Parker
United States Magistrate Judge